**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-7508**

―――――――――――

LACY DAVIS, III,

Plaintiff - Appellant,

versus

UNKNOWN SHERIFF OF ALEXANDRIA CITY DETENTION
CENTER, all in their individual capacities;
UNKNOWN DEPUTY OFFICERS OF ALEXANDRIA CITY
DETENTION CENTER, all in their individual
capacities,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Jerome B. Friedman, District
Judge.  (CA-02-680-2)

―――――――――――

Submitted:  December 19, 2002          Decided:  January 6, 2003

―――――――――――

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Lacy Davis, III, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lacy Davis appeals from the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim under 28 U.S.C. § 1915A (2000) and denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Davis v. Unknown Sheriff of Alexandria City Detention Ctr.</u>, No. CA-02-680-2 (E.D. Va. Sept. 4, 2002; Sept. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2